UNITED STATES OF AMERICA

MIDDLE DISTRICT OF LOUISIANA

VAYLA NEW ORLEANS, ET AL.                    DOCKET NO. 3:16-cv-00305
                                                              BAJ-RLB

VERSUS

THOMAS SCHEDLER, ET AL.


MOTION TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION PURSUANT TO FRCP 12(b)(1)

Thomas Schedler, Louisiana Secretary of State, appearing in his official capacity, and Angie Rogers, Louisiana Commissioner of Elections, appearing in her official capacity, respectfully move to dismiss this suit under FRCP 12(b)(1) on the following grounds:

1.

Plaintiffs petition the court for a preliminary and permanent injunction against the enforcement of La. R.S. 18:105(B) alleging that the statute violates the National Voter Registration Act (NVRA), the equal protection clause of the Fourteenth Amendment of the United States Constitution and Title III of the Civil Rights Act of 1964.

2.

The plaintiffs lack standing to bring an action under the NVRA by reason of their failure to give the defendants notice and opportunity to cure the alleged NVRA violation as required by 52 U.S.C. 20510(b).

3.

Additionally, the claim has been rendered moot in its entirety with the repeal of La. R.S.

-1-

18:105(B) by passage of HB 890 of the 2016 Regular Session of the Louisiana Legislature, a copy of which is attached hereto as Exhibit A.  No case or controversy survives the repeal of the challenged statute.

4.

Accordingly, the defendants move to dismiss all claims for lack of subject matter jurisdiction under Art. III.

WHEREFORE, Defendants, Thomas Schedler, in his official capacity as Louisiana Secretary of State, and Angie Rogers, in her official capacity as Louisiana Commissioner of Elections, respectfully move for a dismissal of the case for lack of jurisdiction.

By Attorneys:

s/Carey T. Jones
CAREY T. JONES (Bar #07474)
LEAD ATTORNEY
1234 Del Este Avenue, Suite 803
P.O. Box 700
Denham Springs, LA 70727
Telephone: (225) 664-0077
Facsimile:   (225) 664-9477
tjones@tomjoneslaw.com

*Attorney for Thomas Schedler, in his official capacity as Louisiana Secretary of State and Angie Rogers in her official capacity as Louisiana Commissioner of Elections*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the above and foregoing "Motion to Dismiss for Lack of Subject Matter Jurisdiction" was sent electronically via the Court's electronic filing system to the following counsel of record:

Sara H. Godchaux
Louisiana Bar No. 34561
Southern Poverty Law Center
1055 St. Charles Avenue, Suite 505
New Orleans, LA 70130
sara.godchaux@splcenter.org

Naomi Tsu*
GA Bar No. 507612
Southern Poverty Law Center
1989 College Ave.
Atlanta, GA 30317
naomi.tsu@splcenter.org

Jon Sherman*
D.C. Bar No. 998271
New York Bar No. 4697348
Brittnie Baker**
D.C. Bar Application Pending
Florida Bar No. 0119058
Fair Elections Legal Network
1825 K St. NW, Suite 450
Washington, DC 20006
jsherman@fairelectionsnetwork.com
bbaker@fairelectionsnetwork.com

Jeffrey Wale walej@ag.state.la.us)
Emily Andrews andrewse@ag.louisiana.gov
La. Dept. of Justice
P.O. Box 94005
Baton Rouge, LA 70804-9005

Baton Rouge, Louisiana, this 26th day of May, 2016.

s/Carey T. Jones
CAREY T. JONES