UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VAYLA NEW ORLEANS, THANH MAI, FLORIDALMA MANSILLA, NORMA FLORES, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TOM SCHEDLER, in his official capacity as Louisiana Secretary of State, ANGIE ROGERS, in her official capacity as the Louisiana Commissioner of Elections,<br><br>*Defendants*. | **CIVIL ACTION**<br>No. 3:16-cv-00305-BAJ-RLB<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs VAYLA New Orleans, Thanh Mai, Floridalma Mansilla, and Norma Flores hereby provide notice of their voluntary dismissal of the above-captioned action. Rule 41(a)(1) provides that a plaintiff may dismiss an action without a court order by filing "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants Tom Schedler and Angie Rogers have not filed an Answer or Motion for Summary Judgment in this matter. In light of Governor Edwards' signing into law of 2016 Louisiana Act No. 281's repeal of LA. REV. STAT. ANN. §§ 18:105(B)-(C), the claims asserted in this action are moot and no justiciable controversy remains pending before the Court. Plaintiffs therefore withdraw this action.

1

DATED:       June 7, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Naomi Tsu* | Phone: (504) 486-8982, ext. 225 |
| Naomi Tsu (*pro hac vice*) | Fax: (504) 486-8947 |
| GA Bar No. 507612 | |
| Southern Poverty Law Center | Jon Sherman (*pro hac vice*) |
| 1989 College Ave. | D.C. Bar No. 998271 |
| Atlanta, GA 30317 | New York Bar No. 4697348 |
| naomi.tsu@splcenter.org | Brittnie Baker* (*pro hac vice*) |
| Phone:  (404) 521-6700 | D.C. Bar Application Pending |
| Fax:  (404) 221-5847 | Florida Bar No. 0119058 |
| | Fair Elections Legal Network |
| | 1825 K St. NW, Suite 450 |
| */s/ Sara Godchaux* | Washington, DC 20006 |
| Sara H. Godchaux | jsherman@fairelectionsnetwork.com |
| Louisiana Bar No. 34561 | bbaker@fairelectionsnetwork.com |
| Meredith Stewart | Phone: (202) 331-0114 |
| Louisiana Bar No. 34109 | Fax: (202) 331-1663 |
| Southern Poverty Law Center | |
| 1055 St. Charles Avenue, Suite 505 | *\* Working Under the Direct Supervision of* |
| New Orleans, LA 70130 | *an Enrolled, Active Member of the District* |
| sara.godchaux@splcenter.org | *of Columbia Bar* |

*Attorneys for Plaintiffs VAYLA New Orleans, Thanh Mai, Floridalma Mansilla, Norma Flores*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2016, I filed the foregoing document using the Court's Electronic Case Filing system, which will provide service on counsel for all ECF-registered parties.

*/s/ Naomi Tsu*
Naomi Tsu
Southern Poverty Law Center

*Attorney for Plaintiffs*

2